**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAULINA KLEIPS-SOTELO, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE DENTAL & ORTHODONTICS PRADA, PLLC., a Domestic Professional Limited Liability Company, DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendant. | CASE NO.: 2:20-cv-00021-KJD-DJA<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AND SERVE RESPONSE IN OPPOSITION TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

The parties, by and through their undersigned counsel, hereby stipulate and agree to the following:

1. On April 30, 2020, defendant filed its Motion to Dismiss (ECF 8).

2. A Response in Opposition is currently due to be filed on May 14, 2020.

3. The parties agree Plaintiff will have until May 28, 2020 to file and serve her

1  Response in Opposition to Defendant's Motion to Dismiss.  This constitutes a fourteen
2  (14) day extension.
3
4  4. Plaintiff requests this extension to accommodate the schedule of her counsel who
5  are currently working remotely due to the COVID-19 pandemic and who are engaged
6  with upcoming deadlines in other matters, including an Early Neutral Evaluation
7  before this Court on May 14, 2020.  Accordingly, this request for an extension is made
8  in good faith and not for the purposes of delay.

25 ///
26 ///
27 ///
28 ///

5. This is the parties' first request for an extension of time related to this motion.

Dated: May 13, 2020.                                Dated: May 13, 2020

**HKM EMPLOYMENT ATTORNEYS, LLP**

/s/ Jenny L. Foley
**JENNY L. FOLEY, Ph.D., Esq.**

Nevada Bar No. 9017
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 577-3029
Fax: (702) 625-3893
E-mail: jfoley@hkm.com

*Attorney for Plaintiff*

**LITTLER MENDELSON**

/s/ Amy L. Thompson
**WENDY M. KRINCEK, Esq.**
Nevada Bar No. 6417
**AMY L. THOMPSON, Esq.**
Nevada Bar No. 11907
3960 Howard Hughes Pkwy.
Suite 300
Las Vegas, Nevada 89169
Tel: (702) 862.8800
Fax: (702) 862.8811
E-mail: wkrincek@littler.com
           athompson@littler.com

*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERD:**

[signature]

UNITED STATES
DISTRICT JUDGE

_5/14/2020_

DATE