1  WENDY M. KRINCEK, ESQ., Bar # 6417
   AMY THOMPSON, ESQ., Bar # 11907
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:     702.862.8800
   Fax No.:       702.862.8811
5  Email:  wkrincek@littler.com
           athompson@littler.com
6
   Attorneys for Defendant
7  ABSOLUTE DENTAL &
   ORTHODONTICS PRADA, PLLC
8

9              UNITED STATES DISTRICT COURT

10                DISTRICT OF NEVADA

11  PAULINA KLEIP-SOTELO, an Individual,        Case No. 2:20-cv-00021-KJD-DJA

12                  Plaintiff,                  **STIPULATION AND ORDER FOR
                                                EXCEPTION TO ATTENDANCE
13  vs.                                         REQUIREMENT TO EXCUSE
                                                DEFENDANT'S INSURANCE
14  ABSOLUTE DENTAL & ORTHODONTICS              REPRESENTATIVE FROM IN-PERSON
    PRADA, PLLC., a Domestic Professional       ATTENDANCE AT THE EARLY
15  Limited Liability Company, DOES I -X; ROE   NEUTRAL EVALUATION**
    CORPORATIONS I -X.,
16                  Defendant.

17

18         Defendant ABSOLUTE DENTAL & ORTHODONTICS PRADA, PLLC and Plaintiff

19  PAULINA KLEIP-SOTELO ("Plaintiff"), through their respective counsel of record, submit this

20  Stipulation respectfully requesting an exemption from the Early Neutral Evaluation ("ENE") in-person

21  attendance requirements for Defendant's insurance representative.[1]

22         The Order Scheduling Early Neutral Evaluation ("ENE") Session (ECF #10) sets the ENE for

23  July 16, 2020, and requires a representative of the insurance carrier with authority to settle this matter

24  up to the full amount of the claim to be present.  The assigned adjuster in this matter works in

25  Connecticut and will be unable to fly to Las Vegas due to COVID-19 related travel concerns and

26  restrictions.  Thus, the parties request that this Court grant an exemption to the in-person attendance

27

28  _____
    [1]      Defendant's client representative from Absolute Dental will be able to attend in-person.

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

STIPULATION AND ORDER FOR EXCEPTION TO ATTENDANCE REQUIREMENT TO EXCUSE DEFENDANT'S INSURANCE
REPRESENTATIVE FROM IN-PERSON ATTENDANCE AT THE EARLY NEUTRAL EVALUATION

1  requirement for the representative of Defendant's insurance carrier and allow the representative to

2  participate at the ENE telephonically for good cause.

3

4  Dated: June 22, 2020

5  Respectfully submitted,                           Respectfully submitted,

6  */s/  Amy Thompson*                              */s/  Jenny L. Foley*
7  WENDY M. KRINCEK, ESQ.                   JENNY L. FOLEY, Ph.D., ESQ.
   AMY THOMPSON, ESQ.                        MARTA D. KURSHUMOVA, ESQ.
8  LITTLER MENDELSON, P.C.                   HKM EMPLOYMENT ATTORNEYS

9  *Attorneys for Defendant*                       *Attorneys for Plaintiff*

10

11

12                                                 **IT IS SO ORDERED.**

13

14                                                 Dated:  June 23, 2020.

15

16                                                 _____

17                                                 UNITED STATES MAGISTRATE JUDGE

18  4850-0500-1153.1 051901.1013

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.