**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAULINA KLEIPS - SOTELO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE DENTAL & ORTHODONTICS PRADA, PLLC. a Corporation; DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive.<br><br>Defendant. | CASE NO.: 2:20-cv-00021-KJD-DJA<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MARTA D. KURSHUMOVA** |

    Plaintiff Paulina Kleips-Sotelo, by and through her counsel Jenny L. Foley, Esq., hereby requests the Court remove attorney Marta D. Kurshumova, Esq. as counsel of record from the above-captioned case. Plaintiff has been and continues to be represented in this matter by Jenny L. Foley, Ph.D., Esq. and HKM Employment Attorneys, LLP.

///

///

///

///

1    Dated this 12th day of August, 2020.

2                                             HKM EMPLOYMENT ATTORNEYS LLP

3                                             */s/ Jenny L. Foley*
                                              Jenny L. Foley, Ph.D., Esq.
4                                             Nevada Bar No. 9017
                                              1785 East Sahara, Suite 300
5                                             Las Vegas, Nevada 89104
                                              Tel: (702) 805-8340
6                                             Fax: (702) 920-8112
                                              E-mail: jfoley@hkm.com
7                                             *Attorney for Plaintiff*

8

9
     **IT IS SO ORDERED.**
10
     DATED:  August 13, 2020
11

12                              _____
                                Daniel J. Albregts
13                              United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2020, I caused to be served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY MARTA D. KURSHUMOVA** on the following persons as follows:

_____ by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada and/or

__X__ to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system – CM/ECF and serving all parties with an email address of record who have agreed to receive Electronic Service in this action

_____ to be delivered via electronic mail and regular mail to the persons and/or addresses below:

*/s/ Jai Tanghal*
An Employee of HKM Employment Lawyers