1  WENDY M. KRINCEK, ESQ., Bar # 6417
   AMY THOMPSON, ESQ., Bar # 11907
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:      702.862.8800
   Fax No.:         702.862.8811
5  Email:   wkrincek@littler.com
            athompson@littler.com
6
   Attorneys for Defendants
7  ABSOLUTE DENTAL &
   ORTHODONTICS PRADA, PLLC
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULINA KLEIP-SOTELO, an Individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>ABSOLUTE DENTAL & ORTHODONTICS PRADA, PLLC., a Domestic Professional Limited Liability Company, DOES I -X; ROE CORPORATIONS I -X.,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-00021-KJD-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　　Plaintiff, PAULINA KLEIP-SOTELO and Defendant, ABSOLUTE DENTAL & ORTHODONTICS PRADA, PLLC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 21, 2020

Respectfully submitted,

*/s/ Jenny L. Foley, Esq.*
JENNY L. FOLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS

Attorneys for Plaintiff
PAULINA KLEIP-SOTELO

Dated: August 21, 2020

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
WENDY M. KRINCEK, ESQ.
AMY THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ABSOLUTE DENTAL &
ORTHODONTICS PRADA, PLLC.

**ORDER**

IT IS SO ORDERED.

Dated this  28th  day of August  , 2020.

_____
UNITED STATES DISTRICT JUDGE

4826-1340-0516.1 051901.1013

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800